DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISA A. BROCK,**
Appellant,

v.

**BRUCELINE MICHEL,**
Appellee.

No. 4D22-3007

[April 13, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kim Theresa Mollica, Judge; L.T. Case No. CONO-22-005398.

Lisa A. Brock, Davie, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***